AO 442 (Rev. 11/11) Arrest Warrant                                                              01814-510

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00110 |
| Linwood Alan Robinson II | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 5/16/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                 Linwood Alan Robinson II                 ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:    05/16/2022

                                                                            2022.05.16
                                                                            17:15:50 -04'00'

                                                                            *Issuing officer's signature*

City and state:         Washington, D.C.             Robin M. Meriweather, U.S. Magistrate Judge
                                                                            *Printed name and title*

---

### Return

This warrant was received on *(date)* 05-17-2022, and the person was arrested on *(date)* 05-19-2022
at *(city and state)* Indian Land, SC.

Date: 05-19-2022

                                                        Arrested by S/A Mike Nessick, FBI
                                                        *Arresting officer's signature*

                                                        By: Bonnie Walters, Records Examiner Analyst
                                                        *Printed name and title*